C. & J. CLARK INTERNATIONAL LIMITED, Appellant,

v.

UNITY CLOTHING INC., Appellee.

No. 2013–1542.

United States Court of Appeals, Federal Circuit.

April 9, 2014.

Stephen P. McNamara, St. Onge Steward Johnston & Reens, LLC, of Stamford, Connecticut, argued for appellant. With him on the brief was Andy I. Corea.

Vonn R. Christenson, Call & Jensen, of Newport Beach, California, argued for appellee.

O'MALLEY, MAYER, and WALLACH, Circuit Judges.

JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.